**FILED**
**NOVEMBER 9, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

02127-25

**07 C 6389**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALUMET CARTON COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) No. | |
| | ) | |
| B O X PACKAGING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGE DARRAH**
**MAGISTRATE JUDGE DENLOW**

**APPEARANCE**

Plaintiff, CALUMET CARTON COMPANY, by its attorneys, LAWRENCE A. STEIN of HUCK BOUMA, PC, enters its appearance before the court. The undersigned is lead trial counsel for the plaintiff, not local counsel, and a member of the trial bar of this court. If this matter proceeds to trial, the undersigned will be trial counsel for the plaintiff. The undersigned's identification number with the Attorney Registration and Disciplinary Commission is 6216903.

Respectfully submitted,

HUCK BOUMA PC

/s/   Lawrence A. Stein

Lawrence A. Stein

Lawrence A. Stein
**HUCK BOUMA PC**
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone (630) 221-1755
Facsimile (630) 221-1756

R:\2000s\2100-2199\2127-25\Pleadings\Appearance.wpd