**FILED**
**NOVEMBER 9, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

02127-25

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**07 C 6389**

| | | |
|---|---|---|
| CALUMET CARTON COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGE DARRAH** |
| v. | ) No. | **MAGISTRATE JUDGE DENLOW** |
| | ) | |
| B O X PACKAGING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## JURY DEMAND

Plaintiff, CALUMET CARTON COMPANY, by its attorneys, LAWRENCE A. STEIN of HUCK BOUMA, PC, demands trial by jury.

          Respectfully submitted,

          HUCK BOUMA PC

          /s/    Lawrence A. Stein

          Lawrence A. Stein

Lawrence A. Stein
**HUCK BOUMA PC**
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone (630) 221-1755
Facsimile (630) 221-1756

R:\2000s\2100-2199\2127-25\Pleadings\Jury demand.wpd