AO 440 (Rev. 05/00) Summons in a Civil Action

202

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**07 C 6389**

SUMMONS IN A CIVIL CASE

CALUMET CARTON CO.

CASE NUMBER: **JUDGE DARRAH**
**MAGISTRATE JUDGE DENLOW**

V.

ASSIGNED JUDGE:

B O X PACKAGING, INC.

DESIGNATED
MAGISTRATE JUDGE:

*11-30*

TO: (Name and address of Defendant)

Richard L. Weiss, Registered Agent
B O X Packaging, Inc.
801 Skokie Boulevard, Suite 100
Northbrook, Illinois 60062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lawrence A. Stein
HUCK BOUMA PC
1755 South Naperville Road
Wheaton, Illinois 60187

an answer to the complaint which is herewith served upon you, within _____twenty_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

**November 9, 2007**
Date

2/27-25

SHERIFF'S NUMBER 211888-001K   CASE NUMBER 07C6389        DEPUTY: _____

FILED DT 11-09-2007  RECEIVED DT 11-19-2007  DIE DT 11-30-2007  MULTIPLE SERVICE  1
    DEFENDANT                                          ATTORNEY
B O X PACKAGING, INC.                                  LAWRENCE STEIN
801    SKOKIE BL                                       X
NORTHBROOK IL. 60062                                   X XX. 00000
SUITE# 100
PLAINTIFF CALUMET CARTON CO.

SERVICE INFORMATION: ED   C/O RICHARD L WEISS R/A

****************************************************************************
(A)  I CERTIFY THAT I SERVED THIS SUMMONS ON THE DEFENDANT AS FOLLOWS:

.....1 PERSONAL SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT WITH THE
       NAMED DEFENDANT PERSONALLY.
.....2 SUBSTITUTE SERVICE:  BY LEAVING A COPY OF THE SUMMONS AND A COPY OF THE COMPLAINT
       AT THE DEFENDANT'S USUAL PLACE OF ABODE WITH SOME PERSON OF THE FAMILY OR A PERSON
       RESIDING THERE, OF THE AGE OF 13 YEARS OR UPWARDS, AND INFORMING THAT PERSON OF
       THE CONTENTS THEREOF. ALSO, A COPY OF THE SUMMONS WAS MAILED ON THE
       _____ DAY OF _____ 20___, IN A SEALED ENVELOPE WITH POSTAGE FULLY
       PREPAID, ADDRESSED TO THE DEFENDANT AT HIS OR HER USUAL PLACE OF ABODE.
       SAID PARTY REFUSED NAME_____
..X..3 SERVICE ON:  CORPORATION___ COMPANY___ BUSINESS___ PARTNERSHIP___
       BY LEAVING A COPY OF THE SUMMONS AND COMPLAINT (OR INTERROGATORIES) WITH THE
       REGISTERED AGENT, AUTHORIZED PERSON OR PARTNER  OF THE DEFENDANT.
.....4 CERTIFIED MAIL_____

(B)  THOMAS J. DART, SHERIFF, BY: _____, DEPUTY

   1  SEX  M /M/F    RACE  W    AGE 46
   2  NAME OF DEFENDANT B O X PACKAGING, INC.
      WRIT SERVED ON  Richard Weiss
      THIS  30  DAY OF  Nov , 20 07  TIME 11:00 A.M./P.M.    DISTRICT # 1

ADDITIONAL REMARKS _____

****************************************************************************

THE NAMED DEFENDANT WAS NOT SERVED.

TYPE OF BLDG  LAW OFFICE                         ATTEMPTED SERVICES

NEIGHBORS NAME _____            DATE        TIME  A.M./P.M.

       ADDRESS _____             11-30        :   30 66

              REASON NOT SERVED:                         :
                     07 EMPLOYER REFUSAL
  01 MOVED           08 RETURNED BY ATTY   _____    __:__
  02 NO CONTACT      09 DECEASED           _____    __:__
  03 EMPTY LOT       10 BLDG DEMOLISHED    _____    __:__
  04 NOT LISTED      11 NO REGISTERED AGT.
  05 WRONG ADDRESS   12 OTHER REASONS      _____    __:__
  06 NO SUCH ADDRESS 13 OUT OF COUNTY
                                           _____    __:__

FEE    .00    MILEAGE   .00   TOTAL   .00                        SG32