02127-25

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CALUMET CARTON COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   07 C 6389 |
| | ) | |
| B O X PACKAGING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

### CERTIFICATE REGARDING VOLUNTARY MEDIATION

The plaintiff's counsel certifies that he received the letter from the clerk of the court dated November 12, 2007, describing the court's voluntary mediation program for cases under the Lamham Act.  As required, the plaintiff's counsel has submitted those materials to the plaintiff, though the plaintiff's counsel concedes that this certificate is several days late.

Respectfully submitted,

HUCK BOUMA PC

/s/    Lawrence A. Stein

Lawrence A. Stein

Lawrence A. Stein
**HUCK BOUMA PC**
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone (630) 221-1755
Facsimile (630) 221-1756

## CERTIFICATE OF FILING AND SERVICE

I, LAWRENCE A. STEIN, state as follows under penalty of perjury this fourteenth day of December, 2007:

1. I filed this *Certificate Regarding Voluntary Mediation* by filing it with the clerk of the court by electronic means.

2. I served this *Certificate Regarding Voluntary Mediation* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3. I made the electronic filing on December 14, 2007.

_____

R:\2000s\2100-2199\2127-25\Pleadings\Certificate Regarding Voluntary Mediation.wpd