02127-25

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALUMET CARTON COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   07 C 6389 |
| | ) | |
| B O X PACKAGING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MOTION TO ENLARGE THE TIME</u>**

Plaintiff, CALUMET CARTON COMPANY, by its attorney, Lawrence A. Stein of HUCK BOUMA PC, moves pursuant to rule 6(b) of the Federal Rules of Civil Procedure to enlarge the time to conduct the rule 26(f) planning conference among counsel from January 2, 2008 to January 30, 2008. In support of its motion, plaintiff states as follows:

1. On November 9, 2007, the plaintiff filed its complaint for trademark infringement. On November 30, 2007, the sheriff of Cook County, Illinois, served the summons of the court on the defendant. On November 28, 2007, this court set the matter for status on January 23, 2008.

2. By virtue of the status hearing of January 23, 2008, and rule 26(f) the parties are due to conduct a planning conference among counsel regarding discovery by January 2, 2008. However, it is not feasible at this time to conduct that conference and therefore the plaintiff requests an extension of time to January 30, 2008, to conduct it.

3. The reason why it is not practical at this time to conduct the planning conference is that the defendant has not yet hired litigation counsel to defend it and the parties are conducting settlement discussions. By virtue of the foregoing, the plaintiff's counsel has told the defendant's

general counsel that the plaintiff would give fair notice if the settlement negotiations broke down and agree to a reasonable period of time thereafter for the defendant to appear and plead. Pursuant to those settlement discussions, the principals of the parties met and began preliminary discussions regarding settlement. Prior to the filing of the complaint, the parties were involved in commerce with each other and are discussing terms under which they may resume that relationship.

4. The plaintiff submits that the potential for settlement constitutes good cause to enlarge the time to conduct the planning conference.

5. To keep the case moving, plaintiff intends to begin prosecuting the case in earnest on January 30, 2008, unless there is a firm written agreement to resolve this matter.

WHEREFORE, plaintiff, CALUMET CARTON COMPANY, requests an order enlarging the time to conduct the rule 26(f) planning conference from January 2, 2008 to January 30, 2008, and for all other relief deemed appropriate under the circumstances.

        Respectfully submitted,

        HUCK BOUMA PC

        /s/    Lawrence A. Stein

        Lawrence A. Stein

Lawrence A. Stein
**HUCK BOUMA PC**
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone (630) 221-1755
Facsimile (630) 221-1756

## CERTIFICATE OF FILING AND SERVICE

I, LAWRENCE A. STEIN, state as follows under penalty of perjury this second day of January, 2008:

1.  I filed this *Motion to Enlarge the Time* by filing it with the clerk of the court by electronic means.

2.  I served this *Motion to Enlarge the Time* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3.  I made the electronic filing on January 2, 2008.

_____

R:\2000s\2100-2199\2127-25\Pleadings\Motion to Enlarge the Time.wpd