02127-25

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| CALUMET CARTON COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.   07 C 6389 |
| | ) | |
| B O X PACKAGING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF MOTION**

You are hereby notified that on January 23, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable John W. Darrah in Court Room 1203 or any other judge as may be holding court in his absence, in the court room usually occupied by him or her in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present plaintiff's *Motion to Enlarge the Time*.

Respectfully submitted,

HUCK BOUMA PC

     /s/     Lawrence A. Stein

Lawrence A. Stein

Lawrence A. Stein
**HUCK BOUMA PC**
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone (630) 221-1755
Facsimile (630) 221-1756

## CERTIFICATE OF FILING AND SERVICE

I, LAWRENCE A. STEIN, state as follows under penalty of perjury this second day of January, 2008:

1. I filed this *Notice of Motion* by filing it with the clerk of the court by electronic means.

2. I served this *Notice of Motion* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3. I made the electronic filing on January 2, 2008.

_____

R:\2000s\2100-2199\2127-25\Pleadings\Notice of Motion.wpd