# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | John W. Darrah | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6389 | **DATE** | January 4, 2008 |
| **CASE TITLE** | Calumet Carton Co. v. Box Packaging, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's Motion for Enlargement of Time [9], [10] is granted. The status hearing scheduled for January 23, 2008, is stricken and reset to February 13, 2008, at 9:00 a.m.

Docketing to mail notice.

| | Courtroom Deputy Initials: | mf |
|---|---|---|