# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Calumet Carton Company

                              Plaintiff,

v.                                                Case No.: 1:07−cv−06389
                                                  Honorable John W. Darrah

Box Packaging, Inc.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 7, 2008:

      MINUTE entry before Judge John W. Darrah :This case having been reassigned to Judge Holderman, the status hearing set for 3/20/08 before Judge Darrah is vacated. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.