02127-25

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CALUMET CARTON COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    07 C 6389 |
| | ) | |
| B O X PACKAGING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## ANSWER AND AFFIRMATIVE DEFENSES TO COUNTERCLAIM

Plaintiff, CALUMET CARTON COMPANY, by its attorney, Lawrence A. Stein of HUCK

BOUMA PC, answers the counterclaim of the defendant, BOX PACKAGING, INC., as follows:

1.      Defendant realleges the factual allegations of paragraphs 1 through 4 of the complaint

and answer as fully set forth here.

ANSWER:    Plaintiff admits that the defendant has realleged the factual allegations of

paragraphs 1 through 4 of the complaint and answer and notes for the court that those allegations are

admitted by the defendant.

2.      The alleged mark "StayFlats" is commonly used in the packaging material industry

as a common descriptive or generic term for mailers that stay flat.

ANSWER:    Plaintiff denies the allegations of paragraph 2.

3.      Plaintiff has commonly used the alleged mark "StayFlats" in its advertising materials

as a common descriptive or generic term.

ANSWER:    Plaintiff denies the allegations of paragraphs 3.

4.     As a generic term, "StayFlats" is not entitled to federal registration as a trademark with the United States Patent and Trademark Office.

ANSWER:     Plaintiff denies the allegations of paragraph 4.

5.     The alleged mark "StayFlats" is a merely descriptive term for mailers that stay flat and lacks distinctiveness or secondary meaning as an indication of source.

ANSWER:     Plaintiff denies the allegations of paragraph 5.

6.     As a descriptive non-distinctive term, "StayFlats" is not entitled to federal registration as a trademark on the principal register of the United States Patent and Trademark Office.

ANSWER:     Plaintiff denies the allegations of paragraph 6.

7.     Defendant is entitled to use "StayFlats" as a common descriptive or merely descriptive phrase for mailers that stay flat, and therefore believes that it has been and will be damaged by the registration of "StayFlats" by plaintiff on the principal register of the United States Patent and Trademark Office.

ANSWER:     Plaintiff denies the allegations of paragraph 7.

## ANSWER AND AFFIRMATIVE DEFENSES

As their affirmative defenses to the plaintiff's amended complaint, defendants state as follows:

1.     Defendant has waived its right to, and is estopped from asserting its, claims for relief.

2.     Defendant has failed to state a cause of action upon which relief can be granted.

3.     Defendant's claims are barred by limitations.

4.     Defendant's claims are barred by the doctrine of laches.

WHEREFORE, plaintiff, CALUMET CARTON COMPANY, requests judgment in its favor,

and for its costs, and for all other relief deemed appropriate under the circumstances.

Respectfully submitted,

HUCK BOUMA PC

/s/     Lawrence A. Stein

Lawrence A. Stein

Lawrence A. Stein
**HUCK BOUMA PC**
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone (630) 221-1755
Facsimile (630) 221-1756

**CERTIFICATE OF FILING AND SERVICE**

I, LAWRENCE A. STEIN, state as follows under penalty of perjury this eighteenth day of March, 2008:

1.      I filed this *Answer and Affirmative Defenses to Counterclaim* by filing it with the clerk of the court by electronic means.

2.      I served this *Answer and Affirmative Defenses to Counterclaim* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3.      I made the electronic filing on March 18, 2008.

_____

R:\2000s\2100-2199\2127-25\Pleadings\Answer and Affirmative Defenses to Counterclaim.wpd