02127-25

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| CALUMET CARTON COMPANY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.    07 C 6389 |
| ) | |
| B O X PACKAGING, INC. ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF MOTION**

You are hereby notified that on April 8, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable James F. Holderman in Court Room 2141 or any other judge as may be holding court in his absence, in the court room usually occupied by him or her in the United States District Court, 219 South Dearborn Street, Chicago, Illinois, and then and there present plaintiff's *Motion for Leave to File*.

Respectfully submitted,

HUCK BOUMA PC

/s/    Lawrence A. Stein

Lawrence A. Stein

Lawrence A. Stein
**HUCK BOUMA PC**
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone (630) 221-1755
Facsimile (630) 221-1756

## **CERTIFICATE OF FILING AND SERVICE**

I, LAWRENCE A. STEIN, state as follows under penalty of perjury this twenty-fourth day of March, 2008:

1. I filed this *Notice of Motion* by filing it with the clerk of the court by electronic means.

2. I served this *Notice of Motion* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3. I made the electronic filing on March 24, 2008.

_____

R:\2000s\2100-2199\2127-25\Pleadings\Notice of Motion.wpd