02127-25

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| CALUMET CARTON COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.    07 C 6389 |
| | ) | |
| B O X PACKAGING, INC. | ) | |
| | ) | |
| Defendant. | ) | |

## REPORT OF PARTIES' PLANNING MEETING

Plaintiff, CALUMET CARTON COMPANY, by its attorney, Lawrence A. Stein of HUCK

BOUMA PC, and the defendant, B O X PACKAGING, INC., by its attorneys, Mark V. B. Partridge

and David M. Beeman of PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON

LLP, submit the following as their report of the planning meeting required by rule 26(f) of the

Federal Rules of Civil Procedure:

1.      Pursuant to rule 26(f) of the Federal Rules of Civil Procedure, a telephonic meeting

was conducted on March 24, 2008, and was attended by Lawrence A. Stein for the plaintiffs, and

Mark V. B. Partridge and David M. Beeman for the defendants.

2.      Prediscovery disclosures: The parties will exchange the information required by rule

26(a)(1) of the Federal Rules of Civil Procedure no later than April 7, 2008.

3.      Discovery plan: The parties jointly propose to the court the following discovery plan:

a.      Discovery will be needed on the subjects of the allegedly infringing sales,

confusion in the market place and the defense of no trademark, the defense of fair use, the

defenses of laches, acquiescence and waiver, the plaintiff's selection, adoption, use and registration of the allegedly infringed mark, the parties' advertising and sales, plaintiff's enforcement of rights in alleged mark, and third party use of similar marks and terms

      b.      All discovery will be commenced in time to be completed by October 31, 2008.

      c.      A maximum of fifty interrogatories may be served by each party to any other party and responses are due within thirty days after service.

      d.      A maximum of fifty requests for admission may be served by each party and responses are due thirty days after service.

      e.      There is no limit to the total number of depositions but each deposition of a witness affiliated with a party shall be limited to seven hours and all other depositions will be limited to three hours.

      f.      All parties will simultaneously disclose the reports of their retained experts no later than November 30, 2008, and their depositions shall be completed by January 31, 2009.

      g.      Supplementation under Rule 26(e) is due 30 days before trial.


4.      Other items:

      a.      The parties request a status conference to be held in the middle of October 2008.

      b.      The deadline to seek and obtain leave of court to amend the pleadings or add new parties should be July 31, 2008.

      c.      Dispositive motions should be filed by December 31, 2008.  All potentially

dispositive motions should be filed by December 31, 2008.

d.    Final witness lists and trial exhibits under rule 26(a)(3) should be due from both parties and simultaneously exchanged on February 28, 2009.

e.    The case should be ready for trial by March 31, 2009, and is expected to take approximately five full court days.

e.    Parties should have 20 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).


Date:  March 26, 2008

Respectfully submitted,

HUCK BOUMA PC                                  PATTISHALL, McAULIFFE, NEWBURY,
                                                            HILLIARD & GERALDON LLP


      /s/    Lawrence A. Stein                              /s/ Mark V. B. Partridge

Lawrence A. Stein                                     Mark V. B. Partridge


Lawrence A. Stein
**HUCK BOUMA PC**
1755 South Naperville Road
Wheaton, Illinois 60187
Telephone (630) 221-1755
Facsimile (630) 221-1756

## <u>CERTIFICATE OF FILING AND SERVICE</u>

I, LAWRENCE A. STEIN, state as follows under penalty of perjury this twenty-fourth day of March, 2008:

1.      I filed this *Report of Partys' Planning Meeting* by filing it with the clerk of the court by electronic means.

2.      I served this *Report of Partys' Planning Meeting* by filing it with the clerk of the court by electronic means, which electronic filing constitutes service by virtue of local rule 5.9.

3.      I made the electronic filing on March 24, 2008.

HUCK BOUMA PC

/s/   Lawrence A. Stein

Lawrence A. Stein

R:\2000s\2100-2199\2127-25\Pleadings\Report of parties' planning meeting three.wpd