UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Calumet Carton Company
                        Plaintiff,

v.                                                    Case No.: 1:07−cv−06389
                                                            Honorable James F. Holderman

Box Packaging, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

      MINUTE entry before Judge Honorable James F. Holderman: Plaintiff's motion for leave to file first amended complaint [21] is granted; defendant is given until 4/22/2008 to plead to the first amended complaint. Status hearing held on 4/8/2008 and is continued for 10/14/2008 at 9:00 AM. Parties are is given to and including 7/31/2008 to amend all pleadings and to add any additional parties. Parties shall comply with FRCP(26)(a)(2) by 11/30/2008; retained experts' depositions to be completed by 1/31/2009. Dispositive motions with supporting memoranda due by 12/31/2008; responses due by 1/28/2009. Replies due by 2/11/2009. Fact Discovery ordered closed by 10/31/2008. Expert Discovery ordered closed by 1/31/2009. Parties are to meet with Magistrate Judge Denlow during the first week of November 2008 for a settlement conference. This case will be referred to Magistrate Judge Denlow for discovery disputes and settlement conference. Motions in limine with supporting memoranda due by 3/27/2009; responses due by 4/3/2009. Final Pretrial Order due by 3/27/2009. Final Pretrial Conference set for 4/7/2009 at 4:00 PM. Jury Trial set for 4/13/2009 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.