UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Calumet Carton Company

                Plaintiff,

v.                                      Case No.: 1:07−cv−06389
                                        Honorable James F. Holderman

Box Packaging, Inc.

                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Morton Denlow for the purpose of holding proceedings related to: discovery disputes and settlement conference. (am) Mailed notice.

Dated: April 8, 2008

                                                                             /s/ James F. Holderman

                                                                             United States District Judge