UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CALUMET CARTON COMPANY, | ) | |
| | ) | Civil Action No 07 C 6389 |
| Plaintiff, | ) | |
| | ) | Hon. James F. Holderman |
| v. | ) | |
| | ) | Magistrate Judge Morton Denlow |
| BOX PACKAGING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF FILING

TO:   Lawrence A. Stein, Esq.
      Huck Buoma PC
      1755 South Naperville Road
      Wheaton, IL 60187

PLEASE TAKE NOTICE that on April 22, 2008, we filed with the United States District Court for the Northern District of Illinois, Eastern Division, **BOX PACKAGING, INC'S ANSWER TO AMENDED COMPLAINT** a copy of which is attached hereto and hereby served upon you.

             Respectfully submitted,

             PATTISHALL, McAULIFFE, NEWBURY
               HILLIARD & GERALDSON LLP


             By:   /s/  David Beeman
                   Mark V. B. Partridge, Esq.
                   David Beeman
                   Alexis E. Payne
                   311 South Wacker Drive, Suite 5000
                   Chicago, Illinois  60606
                   312-554-8000

     Attorney for Defendant Box Packaging, Inc.

288741v1

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a copy of **BOX PACKAGING, INC'S ANSWER TO AMENDED COMPLAINT** has been served upon:

Lawrence A. Stein, Esq.
Huck Buoma PC
1755 South Naperville Road
Wheaton, IL 60187

via First Class Mail, postage prepaid, and via the Electronic Case Filing System on this 22nd day of April, 2008.

/s/  David Beeman
David Beeman