# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Calumet Carton Company

                               Plaintiff,

v.                                         Case No.: 1:07−cv−06389
                                                 Honorable James F. Holderman

Box Packaging, Inc.

                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2008:

      MINUTE entry before Judge Honorable Morton Denlow:On the Court's request, the Settlement Conference set for 5/8/2008 at 10:30 AM. is stricken. The Parties are to contact Judge Denlow's courtroom deputy at 312−435−5857 to set a new settlement conference date.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.