UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.2.1**
Eastern Division

Calumet Carton Company

                          Plaintiff,

v.                                                  Case No.: 1:07−cv−06389
                                                  Honorable James F. Holderman

Box Packaging, Inc.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable Morton Denlow:The parties having represented that they have reached an agreement in principle and they will present a dismissal order to Judge Holderman, the referral of this action having been resolved, the case is returned to the assigned judge. Case no longer referred to Honorable Morton Denlow. Status hearing set for 6/12/08 is stricken.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.