UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Calumet Carton Company
                                  Plaintiff,

v.                                                               Case No.: 1:07−cv−06389
                                                              Honorable James F. Holderman

Box Packaging, Inc.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

       MINUTE entry before the Honorable James F. Holderman:Status hearing held on 8/19/2008, and continued for further report on status to 10/21/2008 at 09:00 AM. The parties are referred to Magistrate Judge Denlow in the event any further assistance is needed as to settlement.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.