UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Calumet Carton Company
                Plaintiff,

v.                                      Case No.: 1:07−cv−06389
                                    Honorable James F. Holderman

Box Packaging, Inc.
                Defendant.

## ORDER REFERRING A CIVIL CASE TO THE
## DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Morton Denlow for the purpose of holding proceedings related to: provide further assistance to the parties, if needed, as to settlement.(gl, )Judicial staff mailed notice.

Dated: August 19, 2008

                                                                             /s/ James F. Holderman

                                                                       United States District Judge