**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Calumet Carton Company
                                          Plaintiff,

v.                                                            Case No.: 1:07−cv−06389
                                                                 Honorable James F. Holderman

Box Packaging, Inc.
                                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 18, 2008:

      MINUTE entry before the Honorable Morton Denlow: Magistrate Judge Status hearing held on 9/18/2008. Motion hearing held on 9/18/2008 regarding motion to enforce[42]. Motion to enforce [42] is entered and continued to 9/25/08 at 10:00 a.m. Status hearing set for 9/25/2008 at 10:00 AM.Mailed notice(dmk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.